[Nos. 11153–5–II; 11154–3–II. Division Two. October 4, 1988.]

LAURA SHIELD, *Appellant,* v. METROPOLITAN PARK DISTRICT OF TACOMA, *Respondent.*

JEFFREY MACALUSO, *Appellant,* v. METROPOLITAN PARK DISTRICT OF TACOMA, *Respondent.*

Appeals from judgments of the Superior Court for Pierce County, Nos. 85–2–07144–7, 85–2–07143–9, Craig S. Adams, J. Pro Tem., entered June 2, 1987. *Reversed* by unpublished per curiam opinion.

[No. 10811–9–II. Division Two. October 4, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL DEAN CURTIS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86–1–01315–8, Nile E. Aubrey, J., entered March 6, 1987. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrie, J. Pro Tem.

[No. 10331–1–II. Division Two. October 4, 1988.]

TRANSAMERICA TITLE INSURANCE COMPANY, *Respondent,* v. DANNY R. SCHNITZER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Lewis County, No. 83–2–00541–6, David R. Draper, J., entered August 26, 1986. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.